UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **TRACY AMBERS,** | : | Intent to Distribute 100 Grams or More of |
| Defendant. | : | Phencyclidine) |

**UNDER SEAL**

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about at least April of 2003, through on or about April 2004, within the District of Columbia and elsewhere, **TRACY AMBERS** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the said mixture and substance was 100 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv).

(**Conspiracy to Distribute and Possess With Intent to Distribute 100 Grams or More or Phencyclidine,** in violation of Title 21, United States Code, Section 846)

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        DARLENE M. SOLTYS
        Bar No. 431-036
        Assistant United States Attorneys
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Fourth Floor
        Washington, D.C.  20530
        202) 514–8147