AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SEALED**

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

Tracy Ambers

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-291

**FILED**
AUG 1 9 2005


I, _Tracey Ambers_, the above named defendant, who is accused of conspiracy to distribute and possess with intent to distribute 100 grams or more of phencyclidine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 19, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Tracey Ambers_
Defendant

_[signature]_
Counsel for Defendant

Before _Rosemary M Colly_
Judicial Officer

19 Aug 2005