

## PROFFER

United States v. Tracy Ambers,
Criminal Number 05-291 (RMC)

From on or about sometime in at least April of 2003, and continuing thereafter up to and including December 2003, within the District of Columbia, and elsewhere, the defendant, Tracy Ambers, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute in the District of Columbia, and Loudon County, Virginia, among other places, Phencyclidine, also known as PCP.

It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, Tracy Ambers and co-conspirators acquired, among other drugs, PCP, which they distributed in the District of Columbia and elsewhere. Specifically, on September 5, 2003, Tracy Ambers obtained approximately 9.3 grams of liquid PCP from a co-conspirator, John L. Franklin, which she intended to distribute to others in suburban Virginia. When law enforcement agents seized this PCP, Ambers returned to John L. Franklin and obtained a similar quantity of PCP the same day. These events were overheard via a court-authorized Title III Wiretap, which intercepted calls between Ambers and John L. Franklin, and were confirmed by law enforcement surveillance and the above-described seizure. Ms. Ambers admits that she is accountable for not less than 100 grams, and not more than 400 grams, of mixtures and substances containing Phencyclidine, also known as PCP.

_____
Tracy Ambers
Defendant

_____
Geralyn R. Lawrence
Counsel for Defendant

Date: 8/19/05