# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-291 (RMC)** |
| **v.** | : | |
| | : | |
| **TRACEY AMBERS,** | : | |
| Defendant. | : | **Under Seal** |

_____

## GOVERNMENT'S MOTION FOR REVOCATION OF BOND
## AND IMPOSITION OF PRE-TRIAL DETENTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this court to revoke the conditions of release previously imposed on the defendant, to order pre-trial detention pending sentencing, and to conduct a hearing on this motion during which the defendant may show cause why her release conditions should not be revoked. The Government is submitting a separate memorandum in support of this motion.

.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058


By:    DARLENE M. SOLTYS
Bar No. 431-036
202-514-8147


JOHN P. DOMINGUEZ
Bar No. 959-809
202-514-7060
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

**<u>Certificate of Service</u>**

I certify that on this ___st day of December , 2005, a copy of the foregoing opposition  was served on counsel for the defense

Geralyn R. Lawrence
1250 H Street, N.E.
Suite 101
Washington, D.C.  20002
.

_____
John P. Dominguez and Darlene M Soltys