UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-291 (RMC)** |
| v. | : | |
| | : | |
| **TRACEY AMBERS,** | : | |
| Defendant. | : | **Under Seal** |

**ORDER**

Upon consideration of the Government's Motion for Revocation of Bond, and the entire record herein, it is this _____ day of December, 2005,

ORDERED, that the defendant shall appear before this court on the _____ day of December, 2005, at _____ o'clock, to show cause, if she can, why her bond should not be revoked pending sentencing.

                                                                _____
                                                                **Judge**
                                                                United States District Court
                                                                For the District of Columbia

cc:
AUSA John P. Dominguez
     202-514-7060
AUSA Darlene Soltys
     202-514-8147
  Organized Crime and Narcotics Section

Geralyn R. Lawrence
1250 H Street, N.E.
Suite 101
Washington, D.C.  20002
tel. 202-639-0988