UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 05-291 (RMC) |
| v. | : | |
| | : | |
| TRACEY AMBERS, | : | **FILED** |
| Defendant. | : | Under Seal |

**SEALED**

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion for Revocation of Bond, and the entire record herein, it is this 14th day of December, 2005,

ORDERED, that the defendant shall appear before this court on the 19th day of December, 2005, at 10:00 o'clock, to show cause, if she can, why her bond should not be revoked pending sentencing.

_Rosemary M Colly_
Judge
United States District Court
For the District of Columbia

cc:
AUSA John P. Dominguez
    202-514-7060
AUSA Darlene Soltys
    202-514-8147
    Organized Crime and Narcotics Section

Geralyn R. Lawrence
1250 H Street, N.E.
Suite 101
Washington, D.C. 20002
tel. 202-639-0988

