## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COL.UMBIA

| | |
|---|---|
| UNITES STATES | Criminal No. 05-291 (RMC) |
| | UNDER SEAL |
| v. | FILED |
| | APR 2 4 2006 |
| TRACEY AMBERS | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### UNOPPOSED EMERGENCY MOTION FOR CHANGE IN CONDITIONS OF RELEASE

Defendant, Ms. Tracey Ambers, by and through her attorney, respectfully moves this Honorable Court to change the conditions of release previously imposed by this Court and to delete the requirement that the defendant continue her weekly drug testing with PreTrial Services. In support of this motion, counsel states as follows:

1. Under sealed proceeding of this court, Ms. Ambers entered a plea of guilty to one count of conspiracy to distribute and possess with the intent to distribute more than one hundred grams of PCP.

2. Included in the terms of her agreement was the requirement that Ms. Ambers fully cooperate with the government and law enforcement officials.

3. This Court released Ms. Ambers pending sentencing with the requirement that she drug test weekly with Pre-Trial Services.

4. Ms. Ambers is in full compliance with the provisions of her Pre-Trial release conditions. She has been testing as required and consistently testing negative for all illegal substances including marijuana.

RECEIVED

APR 2 4 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. However, Ms. Ambers has obtained full time employment in Virginia which requires that she remain at her place of work until 5 pm each week day. The Pretrial Office in Virginia where Ms. Ambers previously tested is closed by the time Ms. Ambers is able to arrive following employment. Ms. Ambers lost her previous employment because of her drug testing requirements, is financially in need of employment and would prefer to remain full-time employed.

6. As a result, Ms. Ambers has attempted to test with Pre-Trial Services in the District of Columbia because the office remains open until 7p.m.

7. However, this is clearly endangering Ms. Ambers' safety and well-being.

8. This safety issue is further exacerbated by the fact that Ms. Ambers name was recently released as a cooperator to the defendants who are in the midst of trial.

9. Furthermore, Ms. Ambers has recently testified in open court against the defendants on Tuesday, April 18, 2006.

10. Her continuing cooperation with law enforcement and the government further elevates the level of concern that is required to evaluate her safety and the reasonableness of her trying to drug test within the District of Columbia.

11. Counsel has spoken with one of the AUSA's assigned to the instant case, Mr. John Dominguez who agrees that Ms. Ambers has been in compliance, does not see the need for further drug testing as a condition of release and who does not oppose the instant motion.

12. Accordingly, counsel submits that a change of release conditions is appropriate under these circumstances and respectfully requests that this Honorable Court delete the drug testing requirement for Ms. Ambers.

Respectfully Submitted,

The Law Offices of
    Geralyn R. Lawrence, P.C.

By: _____
Geralyn R. Lawrence, Esq.
Bar # 435145
(202) 662-1380

Counsel for Tracey Ambers

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Unopposed Emergency Motion to Change in the Conditions of Release was served by regular mail, postage prepaid, on the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, this 21st day of April, 2006, attn: AUSA John Dominguez and AUSA Darlene Soltys.

_____
Geralyn R. Lawrence, Esq.