UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COL.UMBIA

| | |
|---|---|
| UNITES STATES | Criminal No. 05-291 (RMC) |
| vi. | UNDER SEAL |
| TRACEY AMBERS | **FILED** APR 2 5 2006 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the Defendant's Unopposed Emergency Motion for a Change in the Conditions of Release, the entire record herein and good cause having been shown, it is this ___25___ th day of April, 2006,

ORDERED, that the defendant's conditions of release are hereby modified; and

ORDERED, that the defendant's drug testing requirement with Pre-Trial Services as a condition of release is suspended pending sentencing.

_____
Judge Rosemary M. Collyer
United States District Court
for the District of Columbia

cc:
Geralyn R. Lawrence, Esq.
601 Pennsylvania Avenue, N.W.
S. Bldg., Suite 900
Washington, D.C. 20004
Fax: (202) 399-7195

AUSA Darlene Soltys
AUSA John Dominguez
555 Fourth Street, N.W.
Washington, D.C. 20530
Fax: (202) 514-8707