UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 05-291 |
| | ) | |
| Tracy Ambers | ) | |

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on September 6, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 27th day of Sept, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_Rosemary M Collyer_
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

27 Sept 2006
**DATE**