UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 05-291 (RMC) |
| v. | : | |
| | : | |
| TRACEY AMBERS, | : | |
| Defendant. | : | Under Seal |

GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia requests this court to unseal this case, as the reasons for which it was placed under seal have been accomplished and are no longer valid.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. **#498610**


DARLENE M. SOLTYS
Assistant United States Attorney
Bar No. 431-036
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4826
Washington, D.C.  20530
(202) 514–8147


JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959-809
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4247
Washington, DC 20001
(202) 514-7060; Fax: 514-8707

**Certificate of Service**

I certify that on this ___st day of October , 2006, a copy of the foregoing opposition was served on counsel for the defense by ECF,

Geralyn R. Lawrence
1250 H Street, N.E.
Suite 101
Washington, D.C.  20002
.

_____
John P. Dominguez and Darlene M