UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-291 (RMC)** |
| v. | : | |
| | : | |
| **TRACEY AMBERS,** | : | |
| **Defendant.** | : | _____ |

## ORDER

Upon consideration of the Government's Motion to Unseal, and the entire record herein, it is this _____ day of October, 2006,

ORDERED, that the above captioned case previously placed under seal shall be unsealed.

_____
Judge, United States District Court
For the District of Columbia