UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-291 (RMC)** |
| v. | : | |
| | : | |
| **TRACEY AMBERS,** | : | |
| Defendant. | : | Under Seal |

GOVERNMENT'S
MOTION FOR SENTENCING DEPARTURE

The United States of America, through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia moves for sentencing departure. A memorandum in support of sentencing departure is filed in a separate pleading.

The defendant provided substantial assistance to the Government in the investigation and prosecution of others involved in criminal conduct. If the Court agrees and grants this motion, the defendant would be entitled to a downwards sentencing departure, to be applied in the discretion of the Court, and without regard to restrictions otherwise applicable through the sentencing guidelines or statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and

Section 5K1.1 of the U.S.S.G. Manual. The applicable guideline range from which to depart currently is 70-87 months.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. #498610


                                              DARLENE M. SOLTYS
                                              Assistant United States Attorney
                                              Bar No. 431-036
                                              Organized Crime and Narcotics Trafficking Section
                                              555 4th Street, N.W., Room 4826
                                              Washington, D.C. 20530
                                              (202) 514–8147


_____
JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959-809
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4247
Washington, DC 20001
(202) 514-7060; Fax: 514-8707


                                          **Certificate of Service**

I certify that on this ___st day of October , 2006, a copy of the foregoing opposition was served on counsel for the defense by ECF,

Geralyn R. Lawrence
1250 H Street, N.E.
Suite 101
Washington, D.C. 20002
.

                                            _____
                                            John P. Dominguez and Darlene M Soltys