UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 05-291 (RMC)** |
| **v.** : | |
| : | |
| **TRACEY AMBERS,** : | |
| **Defendant.** : | |

ORDER

Upon consideration of the Government's motion for sentencing departure, and the entire record herein, it is this _____ day of October, 2006,

ORDERED, that this Court finds that based upon the defendant's substantial assistance to law enforcement, that the defendant is entitled to a sentencing departure pursuant to 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual.

_____                                  _____
Date                                                                   United States District Judge