UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. Tracey Lynn Ambers　　　　　　　　　　　　　　Docket No.: CR05-291

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or ____Modification Hearing with Voluntary appearance

　　☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other　_____
　　　　　_____
　　　　　_____

FILED
JUL 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
United States District Judge

16 July 2008
Date